1　MAYALL HURLEY P.C.
　　JOHN P. BRISCOE (SBN: 273690)
2　jbriscoe@mayallaw.com
　　RACHAEL ALLGAIER (SBN: 318664)
3　rallgaier@mayallaw.com
4　2453 Grand Canal Boulevard
　　Stockton, California 95207-8253
5　Telephone: (209) 477-3833
　　Facsimile: (209) 473-4818
6　Attorneys for Plaintiff Daisy Jimenez

7
　　SEYFARTH SHAW LLP
8　Kiran S. Lopez (SBN 252467)
　　560 Mission Street, Suite 3100
9　San Francisco, CA 94105
　　Telephone:　415-397-2823
10　Facsimile:　415-397-8549
　　Attorneys for Defendant
11　Randstad General Partner (US), LLC
　　(erroneously sued as Randstad North America, Inc.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY JIMENEZ, an individual, | Case No.: 2:19-cv-02407-MCE-DB |
| Plaintiff, | *(Assigned for All Purposes to the Hon. Morrison C. England, Jr.)* |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| RANDSTAD NORTH AMERICA, INC.; a corporation; and DOES 1-100, inclusive, | |
| Defendants. | *Complaint Filed: October 25, 2019*<br>*Removal Filed: December 2, 2019* |

**ORDER**

Having reviewed the Joint Stipulation and Request for Dismissal with Prejudice ("Stipulation") submitted by Daisy Jimenez and Defendant Randstad General Partner (US), LLC (erroneously sued as Randstad North America, Inc.), by and through their counsel of record, and good cause appearing, the Stipulation is approved. The entire action, including all claims stated therein against all parties, is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: January 27, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
CASE NO. 2:19-CV-02407-MCE-DB